*E-Filed 01/29/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN WILLIAM STAGNER,<br><br>          Plaintiff,<br>     v.<br><br>CARDWORKS SERVICING, LLC, a<br>Delaware Limited Liability Company,<br><br>          Defendant.<br>_____/ | No. C 09-05767 RS<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This notice is to inform you that starting the week of Monday, February 15, 2010, Judge Seeborg will conduct all civil matters on Thursdays in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Motion hearings will take place at 1:30 p.m. and Case Management Conferences ("CMCs") will take place at 10:00 a.m.

All hearings and CMCs scheduled after Friday, February 12, 2010, in San Jose will be vacated.  Parties are responsible for promptly re-noticing all motion hearings in San Francisco for a Thursday of their choosing.  The CMC in the instant case is rescheduled for **April 8, 2010**, **at 10:00 a.m.** in San Francisco.  The parties' Joint Case Management Statement is due no later than **April 1, 2010**.

Dated: 01/29/2010

For the Court,
RICHARD W. WEIKING, Clerk

By:     /s/ Martha Parker Brown
          Courtroom Deputy Clerk