Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EDWIN WILLIAM STAGNER

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EDWIN WILLIAM STAGNER,<br><br>           Plaintiff,<br>   v.<br><br>CARDWORKS SERVICING, LLC, a Delaware limited liability company,<br><br>           Defendant. | Case No. C09-05767-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, EDWIN WILLIAM STAGNER, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, EDWIN WILLIAM STAGNER, hereby dismisses, with prejudice, all claims made by him against Defendant, CARDWORKS SERVICING, LLC, in his Complaint filed herein on December 8, 2010.  Plaintiff further notifies the Court that his dispute with Defendant has been settled.

Dated:  February 4, 2010              /s/ Fred W. Schwinn
                                      Fred W. Schwinn, Esq.
                                      Attorney for Plaintiff
                                      EDWIN WILLIAM STAGNER